IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tammy L. Hendricks,               :
                                  :
    Plaintiff(s),           :
                                  :  Case Number: 1:10cv600
  vs.                             :
                                  :  Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
                                  :
    Defendant(s).           :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 12, 2013 (Doc. 25), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 29, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion for entry of Final Order Adopting Decision of Social Security Appeals Council (Doc. 23) is **GRANTED.**

The Commissioner's fully favorable decision, dated February 20, 2013 (Doc. 23 at 4-9) is adopted as the decision of this Court.

IT IS SO ORDERED.

           s/Susan J. Dlott
           Chief Judge Susan J. Dlott
           United States District Court