IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tammy L. Hendricks,                :
                                   :
       Plaintiff(s),              :
                                   :  Case Number: 1:10cv600
   vs.                             :
                                   :  Chief Judge Susan J. Dlott
Commissioner of Social Security,   :
                                   :
       Defendant(s).              :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 10, 2013 a Report and Recommendation (Doc. 37).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 38).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, plaintiff's motion for attorney's fees (Doc. 31) is **GRANTED IN PART** with plaintiff's counsel to be awarded a total fee under 42 U.S.C. §406(b) of $12,000.  The total fee retained by counsel (whether an offset or refund procedure is used to account for the prior EAJA duplicative award of $4,880.74) which will not exceed $12,000.

    IT IS SO ORDERED.

                                       ___s/Susan J. Dlott_____
                                       Chief Judge Susan J. Dlott
                                       United States District Court